UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ANDREW HAMILTON COX | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-CV-399-HAB |
| | ) | |
| WENDY ANNE COX | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

Andrew Hamilton Cox, proceeding pro se, filed a Civil Complaint (ECF No. 1) against Wendy Anne Cox. Plaintiff also filed a Motion to Proceed in Forma Pauperis ("IFP") (ECF No. 2) and a request for emergency relief (ECF No. 3). On November 10, 2022, this Court entered an order taking his request to proceed IFP under advisement and directing the Plaintiff to file an Amended Complaint by December 10, 2022, asserting the citizenship of all the parties and the amount in controversy or otherwise asserting a basis for federal question jurisdiction. Plaintiff was further warned that failure to respond by the deadline would result in dismissal of his Complaint without further notice. Plaintiff has not complied with this Court's order and no Amended Complaint has been filed. Accordingly, Plaintiff's complaint is DISMISSED.

SO ORDERED on January 19, 2023.

s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT